UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CHARLES K. ANDERSON, | ) | NO. CV-06-0346-AMJ |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on August 23, 2007 **(Ct. Rec. 28)**, recommending that Defendant's Motion for Summary Judgment **(Ct. Rec. 25)** be **granted** and Plaintiff's Motion for Summary Judgment **(Ct. Rec. 16)** be **denied**. No objections have been filed. Having reviewed the report and recommendation, the court adopts the magistrate judge's report and recommendation in its entirety.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 28)** to grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment is **ADOPTED in its entirety**. The Commissioner's decision to deny Plaintiff disability benefits is **Affirmed**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to counsel, and close the file.

DATED this 26th day of September, 2007.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
UNITED STATES DISTRICT JUDGE